# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| AMY L. CLINE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. 3:19CV1169-PPS |
| | ) |
| ANDREW M. SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The United States Magistrate Judge's Findings, Report and Recommendation [Doc. 24] were issued December 21, 2020, and the 14-day window within to object has passed with no objections filed.

ACCORDINGLY,

Upon careful consideration of the magistrate judge's Findings, Report and Recommendation and the lack of objections thereto, the Findings, Report and Recommendation [DE 24] are ACCEPTED AND ADOPTED.

The final decision of the defendant Commissioner of Social Security denying plaintiff Amy L. Cline's application for Social Security disability benefits is REVERSED, and the matter is REMANDED to the Commissioner for further proceedings consistent with the magistrate judge's analysis.

The Clerk shall enter judgment in favor of plaintiff and against the defendant.

ENTERED: January 7, 2021.                    /s/ Philip P. Simon
                                             UNITED STATES DISTRICT JUDGE